John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 807708

Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | NOTICE TO DEPOSIT FUNDS | | | | | |
| 05-20454 | 003-0 | THOMAS EUGENE TAYLOR<br>Original Check written to:<br>HSBC<br>PO BOX 2370<br>CHESAPEAKE, VA 23327 | xx2940 | 4,280.81 | 65.13 | 0.00 | 65.13 |
| 05-20454 | 039-0 | THOMAS EUGENE TAYLOR<br>Original Check written to:<br>NEUROCARE NETWORK<br>816 S FLEISHEL<br>TYLER, TX 75701 | xxxxx4-01 | 723.40 | 48.21 | 0.00 | 48.21 |
| 05-60571 | 018-0 | ANTHONY ANTONIO HATTEN<br>Original Check written to:<br>FIRST BANK OF DELAWARE<br>C/O CHECK 'N GO, LOAN SERVICER<br>5155 FINANCIAL WAY<br>MASON, OH 45040 | xxxxxxx7736 | 283.95 | 11.05 | 0.00 | 11.05 |
| 05-60571 | 019-0 | ANTHONY ANTONIO HATTEN<br>Original Check written to:<br>FRIEDMANS INC<br>4550 EXCEL PKWY # 100<br>ADDISON, TX 75001-5606 | xxxxxxxxxx0066 | 0.00 | 79.81 | 0.00 | 79.81 |
| 05-61751 | 007-0 | JAMES MASON JR.<br>Original Check written to:<br>THORNTON AMERICAS HOLDINGS<br>701 PALOMAR AIRPORT ROAD<br>SUITE 300<br>CARLSBAD, CA 92011- | xx8501 | 4,767.71 | 84.39 | 0.00 | 84.39 |
| 06-60638 | 014-0 | JAMES RONALD MURRAY<br>Original Check written to:<br>BARIX CLINICS<br>231221 MOMENTUM PLACE<br>CHICAGO, IL 60689- | xxxxxxx4157 | 2,997.92 | 1.78 | 0.00 | 1.78 |
| 09-60898 | 999-0 | GARRYA ALLEN HIGHTOWER<br>Original Check written to:<br>GARRYA ALLEN HIGHTOWER<br>11304 FM 782-N<br>HENDERSON, TX 75652 | | 0.00 | 1,022.20 | 0.00 | 1,022.20 |